# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

January 6, 2010

Lloyd T. Schuenke
#177721
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53463

    Re:    <u>U.S. V.Vallejo, et al</u>
             **Case No. 05-cr-240**

Dear Mr. Schuenke:

    Pursuant to your numerous requests in the above noted case as indicated in your latest correspondence to the Clerk's Office I will address your concerns. I need to advise you that the attorney listing that was sent to you, a copy of which I have enclosed for your review, lists the name of the attorney representing each defendant in this case. The word Terminated: indicates the date the deft. was sentenced or the case was dismissed.

    As to the photocopying cost for the docket sheet in the above noted case you were advised per our October 7, 2009 correspondence that the total cost for the copy fee will be $20.90 . This docket will list each defendant in this case with a file date, docket number and docket text entry. I must advise you that this docket is voluminous. It appears from the calculation that you were charged at a rate of $.05 per page for the photocopy fee.

    At the close of this week there will be only (6) defendant's that remain to be sentenced: Timothy Vallejo on (1/26/10), Brent Manvilla (1/12/10), Kadam D. Rajaphoumi (date to be set) Alberto Vallejo (2/4/10), Regino Viasana (1/13/10) & Jesus Tello (date to be set). The judgments as to the above defendant's and those who were sentenced at an earlier date appear to be about 6-8 pages per judgment.

    The docket sheet in this case will list all defendants, all pleadings and docket text. The sentencing information will be reflected in the docket text entry.

    In the event that you want a copy of the docket sheet in this case the $20.90 copy fee amount will be required with a check made payable to Clerk, U.S. District Court. Once payment is received, we will forward to you the information you requested.

                                       Very truly yours,

                                       JON W. SANFILIPPO
                                       Clerk of Court

                                       s/Kathleen A. Fink
                                       Deputy Clerk

Enclosures